UNITED STATES, Appellee

v

LEO R. ROMANO, Private E–2, U. S. Army, Appellant

9 USCMA 557, 26 CMR 337

No. 11,515

Decided September 12, 1958

*Captain Arnold I. Melnick* and *First Lieutenant Gerald G. Barton* were on the brief for Appellant, Accused.

*Major Thomas J. Nichols* and *First Lieutenant Chester F. Relyea* were on the brief for Appellee, United States.

## Opinion of the Court

ROBERT E. QUINN, Chief Judge:

The instructional question in this case is the same as that in United States v Hairston, 9 USCMA 554, 26 CMR 334. For the reasons set out in the principal opinion in that case, the decision of the board of review here is affirmed.

Judge LATIMER concurs.

Judge FERGUSON dissents.